FIRST DEPARTMENT, SEPTEMBER, 1984

(September 6, 1984)

■ In the Matter of DORRIT WOHL et al., Appellants-Respondents, v WILLIAM MILLER et al., Respondents-Appellants, and

BOARD OF ELECTIONS IN THE CITY OF NEW YORK et al., Respondents. — Judgment, Supreme Court, Bronx County (Orest V. Maresca, J.), entered on August 30, 1984, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Silverman, J. P., Fein, Kassal and Alexander, JJ.